1. Your name: Theo Cedar Jones
2. Address: 880 McElroy st.
3. Oakland, CA 94607
4. Phone Number: 510-789-6814
5. Fax Number: ___
6. E-mail Address: theocedarjones@gmail.com
7. Pro Se [Select one: Plaintiff or Defendant]

RECEIVED
2022 JUL -7 P 2:20
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

RECEIVED
JUL -7 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

[Select court location: San Francisco / Oakland / San Jose / Eureka]

Theo Cedar Jones

Plaintiff(s),

vs.

Gavin Newsom, et al

Defendant(s).

Case Number: C22-03996

Title of Document:
Proposed Order

Defendants shall cease and desist any destruction of Theo Cedar Jones' community and home/domicile/van.

It is so ordered.

TITLE OF DOCUMENT: _____ CASE NO.: _____
PAGE NO. ___ OF ___ [JDC TEMPLATE]