ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
LARA HADDAD
Deputy Attorney General
State Bar No. 319630
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6250
  Fax:  (916) 731-2124
  E-mail:  Lara.Haddad@doj.ca.gov
*Attorneys for Governor's Office*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO CEDAR JONES,<br><br>                         Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>                        Defendants. | 3:22-cv-03996-CRB<br><br>**DECLARATION OF DAVID SAPP IN SUPPORT OF GOVERNOR GAVIN NEWSOM'S OPPOSITION TO TEMPORARY RESTRAINING ORDER APPLICATION** |

I, David Sapp, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts of my own personal knowledge, and, if called upon as a witness, I could and would testify competently thereto.

2. I serve as the Chief Deputy Legal Affairs Secretary in the Governor's Office.

3. To date, the Governor's Office have not been served with the summons or complaint in this matter, *Cedar Jones v. Newsom et al.*, Case No. 3:22-cv-03996.

4. I have checked with staff whether we have been served by asking whether a summons and complaint has been mailed to us, or whether we have been personally served, and I have personally checked our designated service of process email address (Service.ofProcess@gov.ca.gov). As of today, July 21, 2022, we have not been served, by mail or email or by personal service.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to my personal knowledge.

Executed on July 21, 2022, in Sacramento, California.

David Sapp

# CERTIFICATE OF SERVICE

Case Name:  **Cedar Jones, Theo v. Gavin Newsom, et al.**    No.  **C22-03996**

I hereby certify that on July 21, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF DAVID SAPP IN SUPPORT OF GOVERNOR GAVIN NEWSOM'S OPPOSITION TO TEMPORARY RESTRAINING ORDER APPLICATION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On July 21, 2022, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Theo Cedar Jones
880 McElroy Street
Oakland, CA  94607

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 21, 2022, at Los Angeles, California.

|  |  |
| --- | --- |
| Beth L. Gratz | *Beth L. Gratz* |
| Declarant | Signature |

SA2022303158
65288815.docx