**FILED**

**AUG 04 2022**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Your Honor,   August 1, 2022

And Clerk of the Court,

In the case of Jones v. Newsom 3.22 022-cv-01834 I would beg the court for a 2 week extension of the deadline to provide amendments to my Emergency Restraining Order and Preliminary Injunction against Caltrans, for the following reasons: In early July 2022, after receiving my case number for this lawsuit, I became sick with a stomach ailment that severely curtailed my ability to work. During this time, I was also physically assaulted by an assailant at the corner of Grand ave. and San Pablo ave. and struck twice in the face in an unprovoked surprise attack. This complicated my recovery further. In the last week of this month I was also struck with fatigue and a urinary tract infection, which made it impossible for me to complete this important work by the deadline.



I have assembled all of the necessary materials for my exhibits into one folder and am recovered enough to complete my amendment to my injunction, if it please the court.

Sincerely,
Theo Cedar Jones
510-789-6814
880 McElroy, Oakland, California

Th to Cedar Jones
880 McElroy St.
Oakland, CA 94607

OAKLAND CA 945
2 AUG 2022 PM 7 L

Attn: Clerk of the Court
1301 Clay St., # 400s
Oakland, CA 94612

